UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, Plaintiff, v. WILLIAM ARGYLE MERRILL, Defendant. | Case No. 4:18-cr-000267-BLW  MEMORANDUM DECISION AND ORDER |
|---|---|

Before the Court is Defendant William Merrill's Motion for Emergency Medical Treatment (Dkt. 336). Mr. Merrill asks the Court to order Madison County Jail to immediately obtain an appointment with an orthopedic surgeon in Rexburg, Idaho to examine his lower back and spine, conduct and MRI, and discuss possible treatment options.

Although this Court certainly hopes Mr. Merrill receives any medical attention he may need, the Court does not find it appropriate to involve itself in the sufficiency of Mr. Merrill's medical treatment within the context of this criminal case. Rather, if defendant intends to challenge his medical treatment as

unconstitutional, he may file a civil rights complaint under 42 U.S.C. § 1983. *See generally Estelle v. Gamble,* 429 U.S. 97, 106 (1976).

On the other hand, the Court is concerned that Mr. Merrill's medical problems, if not attended to, may interfere with the Court's ability to conduct timely proceedings in this matter and thereby violate his constitutional rights. For that reason, the Court will conduct a status conference with counsel and a representative of the U.S. Marshal Service, at which time, the Court will expect to receive a report from the Marshal Service as to its efforts to address Mr. Merrill's health issues.

Accordingly,

**IT IS ORDERED that** Defendant's Motion for Emergency Medical Treatment (Dkt. 336) is **DENIED**.

**IT IS FURTHER ORDERED that** the Court will conduct a status conference with counsel and a representative of the U.S. Marshal at which time the Marshal's Service will report on their efforts to resolve Mr. Merrill's health problems. That conference will be set in a separate order.

DATED: July 16, 2021

B. Lynn Winmill
U.S. District Court Judge